UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TINA J. DOWNS,

                  Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

Case No. C19-5057JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    The court GRANTS Plaintiff Tina Downs's *in forma pauperis* application (Dkt. # 1), and ORDERS:

    (1)    The Clerk shall issue summonses to Ms. Downs.

    (2)    Ms. Downs is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. As detailed in General Orders 04-15 and 05-15, Ms. Downs may effectuate service electronically by sending a copy of the summonses and complaint

//

//

via email, along with Ms. Downs's identifying information, to USAWAW.SSAClerk@usdoj.gov.

Dated this 24th day of January, 2019.

JAMES L. ROBART
United States District Judge